

No. 11–0187/AF and No. 11–8012/AF.  United States v. Erica N. Perry.  CCA 2010–17.  On consideration of the writ-appeal petition and the petition for grant of review of the denial of the petition for new trial pursuant to Article 73, UCMJ, said writ-appeal petition is denied, and the petition for grant of review of the denial of the petition for a new trial pursuant to Article 73, UCMJ, is hereby denied without prejudice to raising the issue in the normal course of appellate review.

No. 11–0148/MC.  U.S. v. David J. Phillips.  CCA 200900568.  On consideration of the motions filed by the McGeorge Appellate Advocacy Clinic to appear as Amicus Curiae, to file an Amicus Curiae brief out of time, for admission of Jennifer Gibson *pro hac vice*, to allow appearance of law students, and to submit oral argument by law student, said motions are hereby granted, and Amicus Curiae will be allotted 10 minutes to present oral argument.

Friday, March 4, 2011

No. 11–0320/AF.  U.S. v. Crane Xu.  CCA 37722.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including March 23, 2011*.